# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 16 EM 2019

             Respondent             :

                  v.                 :

SAVONG CHHOEUM,                   :

             Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.